**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MARIANNE DEANGELIS,

                    Plaintiff,                Case No. 3:09-cv-996-J-25TEM

v.

NCO FINANCIAL SYSTEMS, INC.,

                    Defendant.

_____/

<u>**NOTICE OF PENDING SETTLEMENT**</u>

       Defendant, NCO Financial Systems, Inc. ("NCO"), by and through its undersigned

counsel, hereby submits this Notice of Pending Settlement and states that the parties have

reached a verbal settlement with regard to this case and are presently drafting, finalizing,

and executing the settlement and dismissal documents.  Upon execution of the same, the

parties will file the appropriate dismissal documents with the Court.

                          Respectfully submitted,

                          /s/ Kenneth C. Grace
                          Kenneth C. Grace, Esq.
                          Florida Bar No.: 0658464
                          Sessions, Fishman, Nathan & Israel, L.L.C.
                          3350 Buschwood Park Drive, Suite 195
                          Tampa, FL 33618
                          Telephone:   (813) 890-2463
                          Facsimile:   (866) 466-3140
                          kgrace@sessions-law.biz

                          Counsel for Defendant,
                          NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June 2010, a copy of the foregoing was served electronically via CM/ECF on plaintiff c/o counsel, Max Story, Esq., 233 East Bay Street; Suite 920, Jacksonville, FL 32202.

/s/ Kenneth C. Grace
Attorney