UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MARIANNE DEANGELIS,**

    Plaintiff,

v.                                          CASE NO.   3:09-cv-996-J-25TEM

**NCO FINANCIAL SYSTEMS, INC.,**

    Defendant.

_____

# O R D E R

Pursuant to the Notice of Pending Settlement (Dkt. 13), and in accordance with Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is,

**ORDERED** and **ADJUDGED**:

1. That this case is hereby **DISMISSED without prejudice**, subject to the right of a party to move the Court, within sixty (60) days hereof, to dismiss the case with prejudice, to enter a stipulated form of Final Order or Judgment; or, to reopen this case for further proceedings, upon a showing of good cause.

2. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this 29th day of June, 2010.

                                                    HENRY LEE ADAMS, JR.
                                                    United States District Judge

Copies to:  Counsel of Record